574 A.2d 604

Richard KLUSMAN, on behalf of himself and all others similarly situated, and William Van Horn, on behalf of himself and all others similarly situated, Appellants,

v.

BUCKS COUNTY COURT OF COMMON PLEAS and H. Paul Kester, Court Administrator.

Supreme Court of Pennsylvania.

Argued April 2, 1990.

Decided May 24, 1990.

Christopher D. Mannix, Philadelphia, for appellant.

Howland W. Abramson, Philadelphia, for Bucks Co. C.C.P.

Howard M. Holmes, Philadelphia, Michael A. Klimpl, Doylestown, for H. Paul Kester.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.